Jamin S. Neil (026655)
PHILLIPS & ASSOCIATES
20 East Thomas Rd, Suite 2600
Phoenix, AZ 85012
Phone: (602) 258-8900
Fax: (602) 264-7892
Email: jaminn@phillipslaw.com
Attorneys for Robert P. Scagnelli and Genevie B. Scagnelli.

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

In re:

Robert P. Scagnelli, and
Genevie B. Scagnelli,

Debtors.

Chapter 7 Proceedings
Case No: 2:10-bk-41152-CGC

**AMENDMENT TO SCHEDULE B**

Pursuant to Rule 1009 of the Federal Rules of Bankruptcy Procedure, Debtors Robert P. Scagnelli and Genevie B. Scagnelli (collectively the "Scagnellis"), by and through counsel undersigned, hereby amend Schedule B of their bankruptcy petition. The Scagnellis' amended Schedule B is attached hereto as Exhibit A.

DATED this 18th day of January 2011.

PHILLIPS & ASSOCIATES

By: /s/ Jamin S. Neil, (026655)
Jamin S. Neil, (026655)
20 East Thomas Road, Suite 2600
Phoenix, AZ 85012

The Scagnellis affirm under penalty of perjury that their amended Schedule B is true and correct to the best of their knowledge, information, and belief.

Dated: 1/18/2011          /s/ Robert P. Scagnelli
                          Robert P. Scagnelli, Debtor

Dated: 1/18/2011          /s/ Genevie B. Scagnelli
                          Genevie B. Scagnelli, Debtor

Case 2:10-bk-41152-CGC    Doc 10    Filed 01/18/11    Entered 01/18/11 17:12:53    Desc
Main Document    Page 1 of 7

| | |
|---|---|
| 1 | ORIGINAL of the foregoing electronically filed with the |
| 2 | Clerk of the Court this 18th day of January 2011. |
| 3 | |
| 4 | COPIES of the foregoing electronically mailed this 18th day of January 2011 to: |
| 5 | |
| 6 | Lothar Goernitz<br>Trustee<br>P.O. Box 32961 |
| 7 | Phoenix, AZ 85064-2961 |
| 8 | Office of the U.S. Trustee<br>230 N. 1st Ave. Ste. #204 |
| 9 | Phoenix, AZ 85003-1725 |
| 10 | |
| 11 | By:  /s/ Jackie M. Chamberlain<br>       Jackie M. Chamberlain, Paralegal |

# EXHIBIT A

B6B (Official Form 6B) (12/07)

In re  ROBERT P. SCAGNELLI,
       GENEVIE B. SCAGNELLI
                                                              Case No.  2:10-bk-41152
                                    Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | BANK OF AMERICA CHECKING ACCOUNT | C | 300.00 |
| | | BANK OF AMERICA SAVINGS ACCOUNT | C | 0.00 |
| | | US BANK CHECKING ACCOUNT | C | 0.00 |
| | | US BANK SAVINGS ACCOUNT | C | 0.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | HOUSEHOLD GOODS AND APPLIANCES Dining room table and four chairs, two living room couches, one living room chair, two living room coffee and end tables, two lamps, two beds, two nightstands, dresser, bedroom lamps, television, stereo, two clock radios, stove, refrigerator, microwave, dishwasher, washing machine, dryer, vacuum cleaner. | C | 500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | CLOTHING | C | 350.00 |
| 7. Furs and jewelry. | | WEDDING, ENGAGEMENT RINGS | C | 100.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |

Sub-Total >        1,250.00
(Total of this page)

3  continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com        Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re ROBERT P. SCAGNELLI,
GENEVIE B. SCAGNELLI

Case No. 2:10-bk-41152

Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | TERM LIFE INSURANCE - PRUDENTIAL | C | 0.00 |
| | | WHOLE LIFE-MUTUAL OF OMAHA | W | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | IRA | W | 1,600.00 |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | RETIREMENT WITH MONTHLY DISBURSEMENTS OF $1550.00 | C | 0.00 |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

Sub-Total > 1,600.00
(Total of this page)

Sheet 1 of 3 continuation sheets attached
to the Schedule of Personal Property

Case 2:10-bk-41152-CGC    Doc 10    Filed 01/18/11    Entered 01/18/11 17:12:53    Desc
Main Document    Page 5 of 7

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  ROBERT P. SCAGNELLI,
       GENEVIE B. SCAGNELLI
                                                                      Case No.  2:10-bk-41152
                                    Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | MINERAL RIGHTS FROM THE ESTATE OF CLARK WARD | W | Unknown |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2007 HONDA ODYSSEY VAN 37,000 MILES | C | 19,755.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |

Sub-Total >  19,755.00
(Total of this page)

Sheet  2  of  3  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                   Best Case Bankruptcy

In re  ROBERT P. SCAGNELLI,
       GENEVIE B. SCAGNELLI

Case No. __2:10-bk-41152__

Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >       0.00
(Total of this page)

Total >       22,605.00

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com    Best Case Bankruptcy